# IN THE DISTRICT COURT OF THE UNITED STATES
## for the Western District of New York

MARCH 2025 GRAND JURY
(Impaneled 03/28/2025)

THE UNITED STATES OF AMERICA

-vs-

**JAMES E. JACKSON**
**a/k/a Bookah**
**a/k/a Bucca**
(Counts 1 and 2)

**ALICIA J. OSAR**
(Count 1)

ORIGINAL
RECEIVED AND FILED
UNITED STATES DISTRICT COURT CLERK
WESTERN DISTRICT OF NEW YORK

FEB 5 2026

BY: _____

**SUPERSEDING INDICTMENT**

**25-CR-30-JLS**

Violations:
Title 21, United States Code, Sections
841(a)(1), 846, 856(a)(1) and
Title 18, United States Code, Section 2.

(2 Counts and 1 Forfeiture Allegation)

## COUNT 1

### (Narcotics Conspiracy)

**The Grand Jury Charges That:**

Beginning in or before 2018, the exact date being unknown to the Grand Jury, and continuing until in or about February 2025, in the Western District of New York, and elsewhere, the defendants, **JAMES E. JACKSON, a/k/a Bookah, a/k/a Bucca,** and **ALICIA J. OSAR,** did knowingly and intentionally combine, conspire, and agree together and with Ernest W. Brown, Joseph S. Zaso and others, known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute:

   a. 400 grams or more of a mixture and substance containing N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance;

   b. 500 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance;

   c. heroin, a Schedule I controlled substance;

d.  cocaine, a Schedule II controlled substance;

e.  cocaine base, a Schedule II controlled substance; and

f.  marihuana, a Schedule I controlled substance

in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(C),

and 841(b)(1)(D).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 2

### (Using and Maintaining a Drug-Involved Premises)

### The Grand Jury Further Charges That:

Beginning in or about 2019, and continuing until in or about 2021, the exact dates

being unknown to the Grand Jury, in the Western District of New York, the defendant,

**JAMES E. JACKSON, a/k/a Bookah, a/k/a Bucca**, did unlawfully and knowingly use

and maintain a place, that is, the premises at 20 Bush Street, Jamestown, New York, for the

purpose of manufacturing, distributing, and using, heroin, a Schedule I controlled substance,

and cocaine base, cocaine, and methamphetamine, Schedule II controlled substances.

**All in violation of Title 21, United States Code, Section 856(a)(1), and Title 18, United States Code, Section 2.**

## FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of any of the offenses charged in this Indictment, the defendants,

**JAMES E. JACKSON, a/k/a Bookah, a/k/a Bucca** (Counts 1 and 2) and **ALICIA J.**

**OSAR** (Count 1), shall forfeit to the United States, all their right, title, and interest in any

property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of

2

said violations and/or any and all property used, and intended to be used, in any manner or part, to commit or to facilitate the commission of said violations, including but not limited to:

**MONETARY JUDGMENT:**

A monetary judgment in the amount of one hundred and fifty-five thousand dollars ($155,000) United States currency or an amount to be determined by the Court, equal to the total amount of proceeds obtained as a result of the offense for which the defendants are charged, evidenced by a forfeiture money judgment issued by the Court.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence,
(b)  has been transferred or sold to, or deposited with, a third person,
(c)  has been placed beyond the jurisdiction of the Court,
(d)  has been substantially diminished in value, or
(e)  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p).**

DATED: Buffalo, New York, February 5, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY:    S/JOSHUA A. VIOLANTI
JOSHUA A. VIOLANTI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5864
Joshua.Violanti@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON

3